### MOBLEY v. STATE.   (No. 6848.)

(Court of Criminal Appeals of Texas. March 8, 1922.)

Criminal law ⬳1090(16), 1144(½)—In the absence of statement of facts or bills of exception, grounds for new trial not considered, and regularity of proceedings presumed.

In an appeal upon a plea of guilty, where there is neither statement of facts nor bills of exception, matters set up in motion for new trial cannot be considered, and the regularity of the proceedings must be presumed.

Appeal from District Court, Bexar County; S. G. Tayloe, Judge.

Earl Mobley was convicted of the theft of an automobile, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Upon his plea of guilty appellant was convicted for the theft of an automobile, and his punishment assessed at confinement in the penitentiary for two years. Notwithstanding the plea of guilty he has perfected an appeal to this court. The record comes before us without statement of facts or bills of exception. The indictment is regular, and the judgment and sentence are in proper form. The matters set up in the motion for new trial cannot be considered in the absence of bills of exception and statement of facts, and the regularity of the proceedings must be presumed.

The judgment of the trial court is affirmed.